UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 14-8001 DSF (MRWx) | Date | 11/3/14 |
|---|---|---|---|
| Title | Castillo I Partnership v. DLJ Mortgage Acceptance Corp., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case


　　This case was removed from state court on the basis of diversity.  However, the citizenship of the general partnership plaintiff is not properly pleaded and the principal place of business of Defendant DLJ Mortgage Acceptance Corporation is not alleged in the Complaint or notice of removal.  Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles for lack of subject matter jurisdiction.

　　IT IS SO ORDERED.